| | | | |
|---|---|---|---|
| Brockway Borough Mun. Authority v. Department of Environmental Protection .......... | 08/03/2016 47 WAL (2016) | Denied | Pa.Super., 131 A.3d 578 |
| Berks Area Regional Transportation Authority v. W.C.A.B. [67] ....... | 07/27/2016 235 MAL (2016) | Denied | |
| Com., Dept. of Transp., In re; Row–Row, LLC, In re .............. | 08/03/2016 55 EAL (2016) | Denied | Pa.Super., 131 A.3d 625 |
| Dauphin County Tax Sale of 2013, In re; Hester, In re [68] ... | 07/27/2016 215 MAL (2016) | Denied | Pa.Super., 130 A.3d 162 |
| Department of Labor and Industry, Office of Unemployment Compensation Benefits Policy v. Unemployment Compensation Bd. of Review ............. | 07/19/2016 100 MAL (2016) | Denied | Pa.Super., 131 A.3d 597 |
| Edinboro University of Pennsylvania State System of Higher Educ. v. Association of Pennsylvania State College and University Faculties .. | 08/03/2016 37 WAL (2016) | Denied | Pa.Super., 128 A.3d 322 |
| Friday v. W.C.A.B. (Pennsylvania State University).. | 07/19/2016 58 WAL (2016) | Denied | No. 560 CD 2015, 559 CD 2015 |

**67.** Justice MUNDY did not participate in the consideration or decision of this matter.

**68.** Justice MUNDY did not participate in the consideration or decision of this matter.